```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15310
   MORRIS L WALKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0422

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/21/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/27/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
MARS MOTORS INC          SECURED VEHIC    1500.00          19.37         300.23
MARS MOTORS INC          UNSECURED        NOT FILED          .00           .00
CENTRIX FINANCIAL LLC    UNSECURED        11248.76           .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         1076.12           .00           .00
MELVIN J KAPLAN          DEBTOR ATTY       3,000.00                     1,233.21
TOM VAUGHN               TRUSTEE                                          101.19
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,654.00

PRIORITY                                              .00
SECURED                                            300.23
    INTEREST                                        19.37
UNSECURED                                             .00
ADMINISTRATIVE                                   1,233.21
TRUSTEE COMPENSATION                               101.19
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                   1,654.00                1,654.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 12/03/07                        _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE